3026175-LRB/LS

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| NICHOLAS BLETTE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:17-cv-1040 |
| ) | |
| EDDIE TAYLOR, individually, and as agent, ) | |
| Servant and/or employee of UNITED VAN LINES, ) | |
| LLC, and UNITED VAN LINES, LLC, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL

NOW COME the Defendants, EDDIE TAYLOR, individually, and as agent, servant and/or employee of UNITED VAN LINES, LLC and UNITED VAN LINES, LLC, by and through their attorneys, Lew R.C. Bricker and SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, remove this action to the United States District Court for the Central District of Illinois, Peoria Division, and in support thereof, state as follows:

1. The movants' Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship as established in 28 U.S.C. § 1332.

2. Upon information and belief, the plaintiff, NICHOLAS BLETTE, is currently and was at the time of the subject accident a resident and citizen of the State of Illinois. (See Police Report attached as Exhibit "A").

3. The defendant, EDDIE TAYLOR, is currently and was at the time of the subject accident, a resident and citizen of Missouri.

4. Both at the time of the commencement of the State Court Action and at the present time, the Defendant, UNITED VAN LINES, LLC, was a citizen of Missouri. (See United

1

Van Lines, LLC printout from the Missouri Secretary of State's website attached as Exhibit "B"). For diversity jurisdiction purposes, the citizenship of a limited liability company (LLC) is the citizenship of each of its members. 28 U.S.C.A. § 1332.

5. Defendant, UNITED VAN LINES, LLC, has one member: Transportation Services Group, Inc. (See Affidavit of Mark Volansky attached as Exhibit "C").

6. A corporation is a citizen of both (1) the state where it is incorporated, and (2) the state where it has its principal place of business. As noted by the United States Supreme Court, a principal place of business is:

> … the place where "a corporation's officers direct, control, and coordinate the corporation's activities. It is the … corporation's 'nerve center.' And in practice it should normally be the place where the corporation maintains its headquarters— provided that the headquarters is the actual center of direction, control, and coordination, i.e., the 'nerve center,' and not simply an office where the corporation holds its board meetings (for example, attended by directors and officers who have traveled there for the occasion).

Hertz Corp. v. Friend, 559 U.S. 77, 92-93 (2010)

7. Transportation Services Group, Inc. is organized in the state of Missouri and maintains its principal place of business in Missouri. (See Ex. "C", see also Transportation Services Group, Inc. printout from the Missouri Secretary of State's website attached as Exhibit "D").

8. Complete diversity of citizenship exists between the plaintiff and the defendant in this matter.

9. On December 14, 2016, the plaintiff, NICHOLAS BLETTE, filed a Complaint at Law in the Circuit Court of Woodford County, Illinois, Law Division, in the civil action styled <u>Nicholas Blette v. Eddie Taylor, individually, and as agent, servant and/or employee of United Vanlines, LLC., and United Van Lines, LLC</u>, bearing Woodford County Court No. 16 L 19. (See

Complaint filed in the Woodford County Court, Illinois (Case No. 16 L 19) ("State Court Action"), attached as Exhibit "E").

10. The Complaint at Law alleges that as a result of an incident involving the Defendants, Plaintiff sustained "injuries of a personal and pecuniary nature. Plaintiff suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to be healed and cured of said injuries." (Ex. "A", Count I, para. 7 and Count II Para. 8)

11. In light of the damages alleged, the Defendants believe in good faith that the amount in controversy exceeds the jurisdictional limit of $75,000.00.

12. Service was achieved on the defendant, EDDIE TAYLOR, on or after December 29, 2016. (See Summons to be served on Defendant EDDIE TAYLOR attached as Exhibit "F".)

13. Service was achieved on the defendant, UNITED VAN LINES, LLC, on or after January 6, 2017. (See Summons to be served on Defendant UNITED VAN LINES, LLC attached as Exhibit "G".)

14. This Notice was filed within (30) thirty days of "the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b).

15. As required by 28 U.S.C. § 1446(d), the movants will promptly serve upon plaintiff's counsel and file with the Woodford County Circuit Court a true and correct copy of this Notice.

16. By removing this action, the defendants do not waive any defenses available to them.

17. If any question arises as to the propriety of the removal of this action, the movants request the opportunity to present a brief and oral argument in support of his position that this case is removable.

WHEREFORE, the Defendants, EDDIE TAYLOR, individually, and as agent, servant and/or employee of UNITED VAN LINES, and UNITED VAN LINES, LLC, by their attorneys, Lew R.C. Bricker and SmithAmundsen LLC, pray that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

 Respectfully Submitted,

 SmithAmundsen LLC

 s/ Lew R.C. Bricker
 Lew R.C. Bricker – Bar #6206641
 Attorney for Defendants
 SmithAmundsen LLC
 150 North Michigan Avenue, Suite 3300
 Chicago, IL 60601
 Telephone: (312) 894-3200
 Fax: (312) 894-3210
 E-Mail: lbricker@salawus.com

Lew R.C. Bricker
Laura A. Spinks
Attorneys for Defendants
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NICHOLAS BLETTE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. |
| | ) |
| EDDIE TAYLOR, individually, and as agent, | ) |
| Servant and/or employee of UNITED VAN LINES, | ) |
| LLC., and UNITED VAN LINES, LLC, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the **27th day of January, 2017**, he served a copy of Defendants, EDDIE TAYLOR, individually, and as agent, servant and/or employee of UNITED VAN LINES, LLC and UNITED VAN LINES, LLC's **Notice of Removal to Federal Court Based on Diversity** and **Appearances** on:

> Mike Knoblauch (Peoria office)
> Goldberg Weisman and Cairo
> One East Upper Wacker Drive #3800
> Chicago, IL 60601

via first class mail by depositing same into an envelope properly sealed and with proper postage prepaid, into the U.S. Mail at 150 North Michigan, Chicago, Illinois before 5:00 p.m. on the 27th day of January, 2017.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on:  January 27, 2017

s/ _____Lew R.C. Bricker_____

Lew R.C. Bricker, ARDC # 6206641
Laura A. Spinks
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

5