E-FILED
Friday, 27 January, 2017  12:53:06 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets | ISP-6109-20150109-120317

**\*2483071\***

| DRAC U1 | DRAC U2 | PEDV U1 | PEDV U2 | TRFD | TRFC | WEAT | DRVA U1 | DRVA U2 | VIS U1 | VIS U2 | VEHD U1 | VEHD U2 | LGHT | COLL | MANV U1 | MANV U2 | PPA U1 | PPA U2 | PPL U1 | PPL U2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 12 | 4 | 3 | 4 | 1 | 2 | 1 | 1 | 1 | 1 | 14 | 1 | 1 | | | | |

| INVESTIGATING AGENCY | | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY | ☐ $500 OR LESS ☐ $501 - $1,500 ☒ OVER $1,500 | TYPE OF REPORT | TYPE OF CRASH | AGENCY CRASH REPORT NO. | TRFW |
|---|---|---|---|---|---|---|---|
| ILLINOIS STATE POLICE | | | | 1 On-scene | B Injury | 08-15-00039 | 3 |

| ADDRESS NO. | HIGHWAY or STREET NAME | | | | | | | VEHT |
|---|---|---|---|---|---|---|---|---|
| | IL-116 / IL-251 | | INTERSECTION RELATED | ☐ Yes ☒ No | DATE OF CRASH 01/09/2015 | TIME OF CRASH 11:11 ☒ AM ☐ PM | LARS CODE | 7 |

☐ City  Township ☒

| | | MINONK TWP | PRIVATE PROPERTY | ☐ Yes ☒ No | | | | U1 |
|---|---|---|---|---|---|---|---|---|

| ☐ 801 | FT ☒ MI | (CIRCLE) N E S W | (CIRCLE) IL Rt 116 | COUNTY WOODFORD | HIT & RUN | ☐ Yes ☒ No | CIRCLE DAY OF WEEK SU MO TU WE TH FR SA | NUMBER MOTOR VEHICLES INVLD 2 | LARS CODE | VEHT 7 |
|---|---|---|---|---|---|---|---|---|---|---|

☐ AT INTERSECTION WITH _____ (NAME OF INTERSECTION OR ROAD FEATURE)

| NAME | ☒ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH mo. day yr | MAKE Frht | MODEL Tractor | YEAR 2014 | DAMAGED AREA(S) | | |
|---|---|---|---|---|---|---|---|---|

**Unit 1**

TAYLOR, EDDIE EDWARD

| STREET ADDRESS | | SEX M | SAFT 2 | AIR 4 | PLATE NO. | STATE MO | YEAR 2014 | 00 - NONE / 10 - UNDER CARRIAGE / 11 - TOTAL (ALL AREAS) / 12 - OTHER / 99 - UNKNOWN |
|---|---|---|---|---|---|---|---|---|

| CITY | STATE MO | ZIP 63385 | INJURY C | EJECT 1 | VIN | | TOWED ☒ Y ☐ N / FIRE ☐ / HAZMAT SPILL ☐ ☒ / COMVEH ☒ ☐ *IF YES SEE SIDEBAR | POINT OF FIRST CONTACT 1 |
|---|---|---|---|---|---|---|---|---|

| TELEPHONE | DRIVER LICENSE NO. | STATE MO | CLASS A | VEHICLE OWNER (LAST, FIRST, MI) | INSURANCE CO. |
|---|---|---|---|---|---|

| TAKEN TO St. James Hospital-Pontiac | EMS AGENCY Minonk Fire and Ambulance | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | TELEPHONE | POLICY NO. |
|---|---|---|---|---|

| NAME | ☒ DRIVER ☐ PARKED-NO DRIVER ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH mo. day yr | MAKE International Har | MODEL Trucktractor | YEAR 2003 | DAMAGED AREA(S) | | |
|---|---|---|---|---|---|---|---|---|

**Unit 2**

BLETTE, NICHOLAS P

| STREET ADDRESS | | SEX M | SAFT 2 | AIR 5 | PLATE NO. | STATE IL | YEAR 2003 | 00 - NONE / 10 - UNDER CARRIAGE / 11 - TOTAL (ALL AREAS) / 12 - OTHER / 99 - UNKNOWN |
|---|---|---|---|---|---|---|---|---|

| CITY | STATE IL | ZIP 60177 | INJURY A | EJECT 1 | VIN | | TOWED ☒ Y ☐ N / FIRE ☐ / HAZMAT SPILL ☐ ☒ / COMVEH ☒ ☐ *IF YES SEE SIDEBAR | POINT OF FIRST CONTACT 8 |
|---|---|---|---|---|---|---|---|---|

| TELEPHONE | DRIVER LICENSE NO. | STATE IL | CLASS AM | VEHICLE OWNER (LAST, FIRST, MI) | INSURANCE CO. |
|---|---|---|---|---|---|

| TAKEN TO St. Joseph Hospital-Bloomingt | EMS AGENCY Minonk Fire and Ambulance | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | TELEPHONE | POLICY NO. |
|---|---|---|---|---|

Sidebar right column: X, VEHT 7, U1, VEHT 7, U2, # LANES 4, ALGN 1, RSUR 4, VEHU 20, U1, VEHU 20, U2, RDEF 1, BAC 96, U1, BAC 96, U2, # OCCS 1, U1, # OCCS 1, U2, DIRP 1, U1, DIRP 5, U1

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL) | HOSP | EMS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| | EVNO | MOST | EVNT | LOC | DAMAGE PROPERTY OWNER NAME | DAMAGED PROPERTY | CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT |
|---|---|---|---|---|---|---|---|---|

**Unit 1**

| | 1 | ☐ | 1 | 2 | | | PRIMARY 11 Weather | |
|---|---|---|---|---|---|---|---|---|
| | 2 | ☒ | 11 | 1 | PROPERTY OWNER ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| | 3 | ☐ | | | ARREST NAME TAYLOR EDDIE EDWARD | SECTION Too fast for cond/fail reduce | SECONDARY 27 Exceeding safe speed for conditions | |
| | | | | | | | CITATION NO. 08-8780357 | |

**Unit 2**

| | 1 | ☒ | 11 | 4 | | | DATE NOTIFIED 01/09/2015 | TIME NOTIFIED 11:11 ☒ AM ☐ PM |
|---|---|---|---|---|---|---|---|---|
| | 2 | ☐ | | | ARREST NAME | SECTION | CITATION NO. | |
| | 3 | ☐ | | | OFFICER ID 6109 | SIGNATURE | BEAT / DIST 8 | SUPERVISOR ID | COURT DATE 02/23/2015 | COURT TIME 09:00 ☒ AM ☐ PM |

SPI V050 JANUARY 2000 (MOD)

ISP-6109-20150109-120317

## DIAGRAM



Not to Scale

Interstate 39 Southbound

Unit 2

Unit 1

Unit 1

Unit 1

Unit 1

Interstate 39 Northbound

## NARRATIVE (Refer to vehicle by Unit No.)

Unit 1 was northbound on I39 near milepost 29.  Unit 2 was southbound on I39 near milepost 29.  Driver of Unit 1 stated he slid on the ice, lost control, slid through the center median and jackknifed across the southbound lanes of I39.  Driver of Unit 2 stated he saw Unit 1 slide through the median and into his path.  Driver of Unit 2 stated he swerved in an attempt to aviod Unit 1 but was unable to avoid the crash. Unit 1 was towing a 2000 Kent box trailer with Missouri registration ████ and Vin # ████ ████ Unit 2 was towing a 2007 Cottrell Car Hauler with Illinois registration ████ and Vin # ████

### LOCAL USE ONLY   Nothing

| U1 Color: White | U1 Towed By / To:  Senica Interstate Towing / Minonk |
| U2 Color: Red | U2 Towed By / To:  Senica Interstate Towing / Minonk |

## COMMERCIAL VEHICLE — Unit 1

| CARRIER NAME ████ | | SOURCE | |
| ADDRESS ████ | | X | SIDE OF TRUCK |
| | | | PAPERS |
| CITY STATE ZIP | | | DRIVER |
| FENTON, MO  63026 | | | LOG BOOK |
| ID Number: | | GVWR | 80000 |
| USDOT ████ | ICCMC | | |
| OR State No. | State Name  MO | None | |

**HAZARDOUS MATERIALS**          **PLACARDED ?**   No
IF YES: 4 DIGITS          1 DIGIT          Name

| HAZARDOUS CARGO RELEASED FROM TRUCK? | N |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | N |
| INSPECTION FROM COMPLETED? | |

| | | OUT OF SERVICE? | | FORM NO. |
| HAZMAT | N | | Y | IL4668004310 |
| MCS | N | OUT OF SERVICE? | N | |

| IDOT PERMIT# | | WideLoad | |
| TRAILER WIDTH(S) | | TRAILER LENGTH(S) | | Vehicle Length Total - Ft  65 |
| TRAILER 1 | 97-102" | TRAILER 1 | 53 | No Of Axles  5 |
| TRAILER 2 | | TRAILER 2 | | |
| Vehicle Configuration | 6 | Cargo Body Type | 2 | LoadType  5 |

## COMMERCIAL VEHICLE — Unit 2

| CARRIER NAME ████ | | SOURCE | |
| ADDRESS ████ | | X | SIDE OF TRUCK |
| | | | PAPERS |
| CITY STATE ZIP | | | DRIVER |
| EDWARDSVILLE, IL  62025 | | | LOG BOOK |
| ID Number: | | GVWR | 80000 |
| USDOT ████ | ICCMC | | |
| OR State No. | State Name  IL | None | |

**HAZARDOUS MATERIALS**          **PLACARDED ?**   No
IF YES: 4 DIGITS          1 DIGIT          Name

| HAZARDOUS CARGO RELEASED FROM TRUCK? | N |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | N |
| INSPECTION FROM COMPLETED? | |

| | | OUT OF SERVICE? | | FORM NO. |
| HAZMAT | N | | Y | IL4668004311 |
| MCS | N | OUT OF SERVICE? | N | |

| IDOT PERMIT# | | WideLoad | |
| TRAILER WIDTH(S) | | TRAILER LENGTH(S) | | Vehicle Length Total - Ft  62 |
| TRAILER 1 | 97-102" | TRAILER 1 | 50 | No Of Axles  5 |
| TRAILER 2 | | TRAILER 2 | | |
| Vehicle Configuration | 6 | Cargo Body Type | 7 | LoadType  5 |

# EXHIBIT B



JOHN R. ASHCROFT
MISSOURI
SECRETARY
OF STATE

MISSOURI ONLINE BUSINESS FILING

 Online Help

### Limited Liability Company Details as of 1/24/2017

*Required Field

| | |
|---|---|
| Business Entity Fees & Forms | |
| Business Entity FAQ | **File Documents** - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE. |
| Business Entity Home Page | **File Registration Reports** - click FILE REGISTRATION REPORT. |
| Business Entity Online Filing | **Copies or Certificates** - click FILE COPIES/CERTIFICATES. |
| Business Entity Outreach Office | |
| Business Entity Contact Us | |
| UCC Online Filing | |
| Secretary of State Home Page | |

RETURN TO
**SEARCH RESULTS**

Select filing from the list.
Filing Type   Amendment to Articles of Organization

FILE
**ONLINE**

ORDER COPIES/
**CERTIFICATES**

General Information    Filings    Address    Contact(s)

Name(s) UNITED VAN LINES, LLC          Address
Type Limited Liability Company         Charter No. LC0030570
Domesticity Domestic
Registered Agent Pacer, Valerie J.           Status Active
         One Premier Drive
         Fenton, MO 63026
                             Date Formed 8/13/1999

Duration Perpetual
Managed by

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.



JOHN R. ASHCROFT
MISSOURI
SECRETARY
OF STATE

MISSOURI ONLINE BUSINESS FILING



### Limited Liability Company Details as of 1/24/2017

Business Entity Fees & Forms

Business Entity FAQ

Business Entity Home Page

Business Entity Online Filing

Business Outreach Office

Business Entity Contact Us

UCC Online Filing

Secretary of State Home Page

● Required Field

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click FILE COPIES/CERTIFICATES.

RETURN TO
SEARCH RESULTS

Select filing from the list.
Amendment to Articles of Organization

FILE
ONLINE

Filing Type

ORDER COPIES/
CERTIFICATES

General Information     Filings     Address     Contact(s)

**Address**                                        ☐ Show Previous Address

| Type | Address | Since | To |
|------|---------|-------|-----|
| Reg. Office | One Premier Drive<br>Fenton, MO 63026 | 10/7/2016 | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.

# EXHIBIT C

3026175-LRB/LS

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| NICHOLAS BLETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. |
| | ) | |
| EDDIE TAYLOR, individually, and as agent, | ) | |
| Servant and/or employee of UNITED VAN LINES, | ) | |
| LLC., and UNITED VAN LINES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF VALERIE PACER

I, Valerie Pacer, being duly sworn on oath, do offer and state that if I am called upon to testify under oath, I could truly, competently and on personal knowledge, state as follows:

1. I amAssociate General Counsel at UniGroup, Inc.

2. UNITED VAN LINES, LLC. is a Missouri limited liability company and has one member: Transportation Services Group, Inc.

3. Transportation Services Group, Inc. is incorporated in Missouri, and has been incorporated in Missouri since and before January 9, 2015.

4. Transportation Services Group, Inc.'s principal place of business is in Missouri, and its principal place of business has been in Missouri since and before January 9, 2015.

5. Transportation Services Group, Inc. is a wholly owned subsidiary of UniGroup, Inc., a Missouri corporation.

**FURTHER AFFIANT SAYETH NOT.**

_____
Valerie Pacer

Subscribed and Sworn to
before me this 26th day
of January , 20 17

_____ (seal)
Notary Public

LISA P. ECKELKAMP
My Commission Expires
August 20, 2017
Franklin County
Commission #13492217

# EXHIBIT D



JOHN R. ASHCROFT
MISSOURI
SECRETARY
OF STATE

MISSOURI ONLINE BUSINESS FILING

 Online Help

**Gen. Business - For Profit Details as of 1/24/2017**

※Required Field

| | |
|---|---|
| Business Entity Fees & Forms | **File Documents** - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE. |
| Business Entity FAQ | **File Registration Reports** - click FILE REGISTRATION REPORT. |
| Business Entity Home Page | **Copies or Certificates** - click FILE COPIES/CERTIFICATES. |
| Business Entity Online Filing | |
| Business Outreach Office | RETURN TO                    Select filing from the list.                    FILE |
| Business Entity Contact Us | SEARCH RESULTS                                                               ONLINE |
| UCC Online Filing | Filing Type   Acceptance of a General Business to a Non Pr |
| Secretary of State Home Page | ORDER COPIES/ CERTIFICATES |

General Information     Filings     Address     Contact(s)

| | |
|---|---|
| Name(s) TRANSPORTATION SERVICES GROUP, INC. | **Address** One Premier Drive<br>Fenton, MO 63026 |
| Type Gen. Business - For Profit | Charter No. 00462335 |
| Domesticity Domestic | |
| Registered Agent Pacer, Valerie J.<br>One Premier Drive<br>Fenton, MO 63026 | Status Good Standing |
| | Date Formed 11/10/1998 |
| Duration Perpetual | |
| Renewal Month January | |
| Report Due 4/30/2018 | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.



MISSOURI ONLINE BUSINESS FILING

 Online Help

### Gen. Business - For Profit Details as of 1/24/2017

Business Entity Fees & Forms

Business Entity FAQ

Business Entity Home Page

Business Entity Online Filing

Business Outreach Office

Business Entity Contact Us

UCC Online Filing

Secretary of State Home Page

* Required Field

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click FILE COPIES/CERTIFICATES.

RETURN TO
SEARCH RESULTS

ORDER COPIES/
CERTIFICATES

Filing Type  Select filing from the list.
Acceptance of a General Business to a Non Pr

FILE
ONLINE

General Information    Filings    Address    Contact(s)

#### Address

☐ Show Previous Address

| Type | Address | Since | To |
|---|---|---|---|
| Principal Office | One Premier Drive<br>Fenton, MO 63026 | 3/22/2016 | |
| Reg. Office | One Premier Drive<br>Fenton, MO 63026 | 10/7/2016 | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.

# EXHIBIT E

IN THE 11th JUDICIAL CIRCUIT COURT OF ILLINOIS
WOODFORD COUNTY, ILLINOIS

NICHOLAS BLETTE,                          )
                                          )
                    Plaintiff,            )
                                          )      No. 16 L 19
          v.                              )
                                          )
EDDIE TAYLOR individually, and            )      ORIGINAL FILED
as agent servant and/or employee of       )
UNITED VAN LINES, LLC., UNITED            )      DEC 1 4 2016
VAN LINES, LLC                            )
                    Defendants.           )      WOODFORD COUNTY
                                          )      CIRCUIT COURT

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, NICHOLAS BLETTE, by and through his attorneys,

GOLDBERG WEISMAN CAIRO, and complaining of the Defendants, EDDIE TAYLOR and

UNITED VAN LINES, LLC., alleges as follows:

COUNT I

NICHOLAS BLETTE V. EDDIE TAYLOR

1.   On or about January 9, 2015, Plaintiff NICHOLAS BLETTE was the operator of a

truck tractor, traveling in a generally southbound direction on Interstate 39, near milepost 29 in

the Township of Minonk, County of Woodford, and State of Illinois.

2.   At the aforesaid date and place, Defendant, EDDIE TAYLOR was the

operator of a truck tractor, traveling in a generally northbound direction on Interstate 39, near

milepost 29 in the Township of Minonk, County of Woodford, and State of Illinois.

3.   At the aforesaid date and place, Defendant, EDDIE TAYLOR lost control of his truck

tractor, slid through the center median and veered across the southbound lanes of Interstate 39,

resulting in a collision with the truck tractor operated by Plaintiff, NICHOLAS BLETTE.

[1277559/1]                              1

4. At said time and place, Defendant, EDDIE TAYLOR had the duty to operate

said truck tractor in a reasonably safe manner and to exercise ordinary care and caution so as not

to cause injury to others, specifically the Plaintiff, NICHOLAS BLETTE.

5. Notwithstanding the aforementioned duty, Defendant EDDIE TAYLOR then

and there committed one or more of the following careless and negligent acts and/or omissions:

      a.  Carelessly and negligently operated said motor vehicle;

      b.  Failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of their said motor vehicle;

      c.  Failed to yield right of way to another vehicle, specifically Plaintiff's;

      d.  Failed to keep an adequate, or any lookout during the operation of said motor vehicle;

      e.  Failed to decrease the speed of his vehicle in order to avoid colliding with another vehicle;

      f.  Failed to change the course of said motor vehicle so as to avoid striking Plaintiff's vehicle;

      g.  Failed to give audible warning with his horn, when such warning was reasonable and necessary;

      h.  Failed to decrease speed when special hazards existed by reason of weather;

      i.  Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway or which endangered the safety of persons or property, in violation of Illinois Compiled Statutes, 2008, Chapter 625, Section 5/11-601(a);

      j.  Failed to drive as nearly as practicable entirely within a single lane or move from a lane of traffic without first ascertaining that such movement could be made safely, in violation of Illinois Compiled Statutes, 2008, Chapter 625, Section 5/11-709(a);

      k.  Otherwise carelessly, negligently, and improperly drove and operated the subject

vehicle.

6.   That one or more of the aforesaid careless acts and or omissions of the Defendant was a proximate cause of the collision and the person injuries hereinafter stated.

7.   As a direct and proximate result of one or more of the aforementioned acts and/or omissions of Defendant EDDIE TAYLOR, Plaintiff NICHOLAS BLETTE, sustained injuries of a personal and pecuniary nature. Plaintiff suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to be healed and cured of said injuries.

WHEREFORE, Plaintiff, NICHOLAS BLETTE, prays for judgment in his favor and against Defendant, EDDIE TAYLOR, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs of this suit.


## COUNT II

## NICHOLAS BLETTE V. UNITED VAN LINES, LLC.

1-3.   Plaintiff restates and re-alleges paragraphs 1-3 as previously stated in Count I of Plaintiff's complaint at law.

4.   At the aforesaid time and place, EDDIE TAYLOR, operated said motor vehicle as, and in the capacity of, agent, servant and/or employee of Defendant, UNITED VAN LINES, LLC.

5.   At the aforesaid time and place, Defendant, UNITED VAN LINES, LLC. by and

through its agent, servant and/or employee, EDDIE TAYLOR, had a duty to operate said motor

vehicle in a reasonable manner and exercise ordinary care and caution so as not to cause injury to

others, specifically the Plaintiff.

6.  Notwithstanding the aforementioned duty, Defendant UNITED VAN LINES, LLC.,

by and through its agent EDDIE TAYLOR then and there committed one or more of the

following careless and negligent acts and/or omissions:

    a.  Carelessly and negligently operated said motor vehicle;

    b.  Failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of their said motor vehicle;

    c.  Failed to yield right of way to another vehicle, specifically Plaintiff's;

    d.  Failed to keep an adequate, or any lookout during the operation of said motor vehicle;

    e.  Failed to decrease the speed of his vehicle in order to avoid colliding with another vehicle;

    f.  Failed to change the course of said motor vehicle so as to avoid striking Plaintiff's vehicle;

    g.  Failed to give audible warning with his horn, when such warning was reasonable and necessary;

    h.  Failed to decrease speed when special hazards existed by reason of weather;

    i.  Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway or which endangered the safety of persons or property, in violation of Illinois Compiled Statutes, 2008, Chapter 625, Section 5/11-601(a);

    j.  Failed to drive as nearly as practicable entirely within a single lane or move from a lane of traffic without first ascertaining that such movement could be made safely, in violation of Illinois Compiled Statutes, 2008, Chapter 625, Section 5/11-709(a);

       k.  Otherwise carelessly, negligently, and improperly drove and operated the subject vehicle.

7.  That one or more of the aforesaid careless acts and or omissions of the Defendant was a proximate cause of the collision and the personal injuries hereinafter stated.

8.  As a direct and proximate result of one or more of the aforementioned acts and/or omissions of Defendant UNITED VAN LINES, LLC., Plaintiff NICHOLAS BLETTE, sustained injuries of a personal and pecuniary nature.  Plaintiff suffered great pain and anguish, both in mind and body, and will in the future continue to suffer.  Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to be healed and cured of said injuries.

WHEREFORE, Plaintiff, NICHOLAS BLETTE, prays for judgment in his favor and against Defendant, EDDIE TAYLOR, in a sum in excess of Fifty Thousand Dollars ($50,000.00) and costs of this suit.

Respectfully submitted,

GOLDBERG WEISMAN CAIRO

_____
One of Plaintiff's Attorneys

Michael A. Knobloch
GOLDBERG WEISMAN CAIRO
One East Wacker Drive, Suite 3800
Chicago, Illinois 60601
(312) 464-1200
ARDC Number 6286611
Email: Mknobloch@gwclaw.com

[1277559/1]                                   5

# EXHIBIT F

*Katie Booth*

IN THE CIRCUIT COURT OF WOODFORD COUNTY, ILLINOIS
LAW DIVISION

NICHOLAS BLETTE,                        )
                                        )
                    Plaintiff,          )
                                        )      No. 16 L 19
          v.                            )
                                        )
EDDIE TAYLOR, individually, and as agent, )
servant and/or employee of UNITED VAN LINES, )
LLC., and UNITED VAN LINES, LLC,        )
                                        )            RECEIVED
                    Defendants.         )            AM      PM
                                        )
                                              DEC 2 9 2016

**SUMMONS**
                                                   SHERIFF
                                              ST CHARLES COUNTY, MO
To each defendant:    **Eddie Taylor,** ███████████          MO 63385

        YOU ARE SUMMONED and required to file an answer to the complaint in this
case, a copy of which is hereto attached, or otherwise file appearance, in the office of the
Clerk of this Court, 115 N. Main Street, Eureka, Illinois within 30 days after service of this
summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY
DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE
COMPLAINT.

        To the officer:
        This summons must be returned by the officer or other person to whom it was given
for service, with endorsement of service and fees, if any, immediately after service. If
service cannot be made, this summons shall be returned so endorsed. This summons may
not be served later than 30 days after its date.

                    WITNESS, _December 14_, 2016

                              _Lynne R. Gilbert by Diane Anderson_
                                   Clerk of Court         _Deputy Clerk_

Michael A. Knobloch , Esq.
GOLDBERG WEISMAN CAIRO                Date of service:_____,2016
Attorney for Plaintiff                     (To be inserted by officer on copy left
One East Wacker Drive, #3800                   with defendant or other person)
Chicago, Illinois 60601
Telephone: (312) 464-1200
Email: mknobloch@gwclaw.com

[1277568/1]

# EXHIBIT G

*Rec'd*
*1-6-17*
*11:10 am*
*las*

RECEIVED

JAN 0 6 2017

LAW DEPT.
*fogged*
*LL*

IN THE CIRCUIT COURT OF WOODFORD COUNTY, ILLINOIS
LAW DIVISION

NICHOLAS BLETTE,                    )
                                    )
            Plaintiff,              )
                                    )    No. 16 L 19
        v.                          )
                                    )
EDDIE TAYLOR, individually, and as agent,   )
servant and/or employee of UNITED VAN LINES,  )
LLC., and UNITED VAN LINES, LLC,    )
                                    )
            Defendants.             )

## SUMMONS

To each defendant:    **United Van Lines, LLC, c/o Valerie J. Pacer, Reg. Agent,**
                      **███████████ MO 63026**

        YOU ARE SUMMONED and required to file an answer to the complaint in this
case, a copy of which is hereto attached, or otherwise file appearance, in the office of the
Clerk of this Court, 115 N. Main Street, Eureka, Illinois within 30 days after service of this
summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY
DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE
COMPLAINT.

        To the officer:
        This summons must be returned by the officer or other person to whom it was given
for service, with endorsement of service and fees, if any, immediately after service. If
service cannot be made, this summons shall be returned so endorsed. This summons may
not be served later than 30 days after its date.

                    WITNESS, _December 14_, 2016

                    _Lynne R. Gilbert_ by _Diane Anderson_
                                Clerk of Court        _Deputy Clerk_

Michael A. Knobloch , Esq.              Date of service:_____,2016
GOLDBERG WEISMAN CAIRO                       (To be inserted by officer on copy left
Attorney for Plaintiff                        with defendant or other person)
One East Wacker Drive, #3800
Chicago, Illinois 60601
Telephone:  (312) 464-1200
Email: mknobloch@gwclaw.com

[1277568/1]